**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

September 26, 2007

## LETTER ORDER

Re:   **McCarthur Turner v. The Star Ledger, et al**
      **Civil Action No. 06-2209 (DRD)**

Dear Litigants:

Please be advised that the In-Person Settlement Conference previously set for **October 25, 2007** has been ADJOURNED and RESCHEDULED to **January 8th, 2007 at 11:00 a.m..**  Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**

cc:   Clerk
      Hon. Dickinson R. Debevoise, U.S.D.J.
      File